# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DENNIS SIMS                                              Docket No. 3:00CR00037(DJS)

## Petition On Probation And Supervised Release

2005 JUL -5 P 1:11

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dennis Sims who was sentenced to 5 years probation for a violation of Possession of a Firearm, in violation 18 U.S.C. § 922(g) by the Honorable Dominic J. Squatrito, United States District Judge, sitting in Hartford, Connecticut on January 11, 2001, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall reside in long-term residential substance abuse/mental health treatment facility as deemed appropriate by the U.S. Probation Office; 2) The defendant shall participate in mental health treatment, either inpatient, outpatient or residential as directed by the U.S. Probation Office; 3) The defendant shall participate in a substance abuse treatment program, either inpatient, outpatient or residential as directed by the U.S. Probation Office; 4) The defendant shall pay all, or a portion of the costs associated with treatment based on his ability to pay, in amount to be determined by the probation officer; 5) The defendant shall participate in educational/vocational program as deemed appropriate by the U.S. Probation Office; 6) The defendant shall take his medications as prescribed and; 7) During the month of January 2002, the defendant shall forward a letter to the Sentencing Court stating how he is doing with his treatment, how he is feeling about himself, and things he has accomplished within the past year. Mr. Sims's commenced supervision on January 11, 2001, with a tentative supervision termination date set for January 10, 2006.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

**Charge No. 1 - Condition Violated**
**Special Condition: "The defendant shall reside in a long-term residential substance abuse/mental health treatment facility as deemed appropriate by the U.S. Probation Office."**

On December 22, 2004, the defendant was unsuccessfully discharged from Yale New Haven Psychiatric Institute Dual Diagnoses Program for intensive outpatient for failure to attend scheduled appointments.

On June 7, 2005, the defendant was unsuccessfully discharged from the Grant Street Partnership as a result of his failure to attend treatment sessions and his unwillingness to enter inpatient treatment at the Connecticut Valley Hospital (CVH) on June 7, 2005.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Dennis Sims to appear before this court at Hartford, Connecticut, on 18 7th 2005, at 10:30 to show cause why supervision should not be revoked.    A.M

**ORDER OF COURT**

Considered and ordered this 5th day of July, 2005, and ordered filed and made a part of the records in the above case.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge

Respectfully Submitted,

_____
Patrick D. Norton
United States Probation Officer

Place: Hartford, Connecticut

Date: July 5, 2005

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this 5th day of July, 2005, at Hartford, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge