UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

    Vs.                          :        Crim. No. 3:00CR00037(DJS)

    Dennis Sims                  :

### ORDER TERMINATING PROBATION

On January 11, 2001, this Court sentenced the defendant to five (5) years probation, subject to standard and special conditions of supervision. On January 11, 2001, the defendant commenced his term of supervised release.

On July 5, 2005, this Court issued a summons and Order to show cause why the supervised release term should not be revoked based on allegations by the probation officer that the defendant had violated the conditions of supervised release.

On July 18, 2005, the defendant appeared with counsel for a hearing to determine if the supervised release term should be revoked.

It is the finding of the Court that the defendant has engaged in conduct which constitutes a violation of the conditions of supervision, specifically in reference to Charge No.1 of the Petition.

IT IS SO ORDERED, pursuant to 18 U.S.C. § 3564, for the reasons stated by the Probation Officer in his report, the Court is satisfied that termination of the defendant's term of probation is warranted by the defendant's conduct and for the interest of justice. The Court further finds that the defendant is not a danger to the community, and also that the defendant is unwilling to follow the

course of treatment required by the United States Probation Office. The Court cannot condone the actions of the defendant, and does not mean to do so in terminating said term of probation. However, the Court finds that there is no additional benefit for the defendant to remain on probation. Therefore, the defendant's term of probation is to be terminated effective on this date.

Signed and dated at Hartford, Connecticut this ___ day of July 2005.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge